AMERICAN PRESIDENT LINES, LTD., Respondent, and POPE & TALBOT, INCORPORATED, Intervener, Respondent, *v.* CHARLES KING, Individually and as an Officer of the Brotherhood of Marine Engineers, et al., Appellants.

Argued May 22, 1952; decided July 15, 1952.

*Seymour W. Miller, Louis B. Heller, Harry Heller* and *Max M. Bernstein* for appellants.

*William G. Symmers* and *David H. Batchelder, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DYE, FULD and FROESSEL, JJ. DESMOND, J., dissents in the following memorandum: I dissent and vote to reverse and to dismiss the complaint, for these reasons: This picketing may have been unfair and ill-advised, but it was not disorderly or untruthful, it violated no statute or declared public policy, and it was of a kind that has been expressly held, on many occasions, not to be subject to injunction (*Stillwell Theatre* v. *Kaplan,* 259 N. Y. 405, 412; *Edjomac Amusement Corp.* v. *Empire State Motion Picture Operators' Union,* 273 N. Y. 647; see *Dinny & Robbins* v. *Davis,* 290 N. Y. 101). However much we, as individuals, may deplore the conduct complained of, we cannot make an *ad hoc* declaration of new public policy to prohibit it (*Glaser* v. *Glaser,* 276 N. Y. 296, 302; *Matter of Rhinelander,* 290 N. Y. 31, 36). Not sitting: CONWAY, J.